# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 21-8638-GW-KSx | Date | November 2, 2022 |
| Title | *Maximiliano Gonzalez v. United States of America, et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

None Present                                         None Present

**PROCEEDINGS:**   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

On November 1, 2022, Defendant United States of America filed a Post Mediation Status Report indicating this matter is settled. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 60 days. The Court now sets an order to show re: settlement hearing for December 22, 2022 at 8:30 a.m. The parties are to file a joint status report or stipulation to dismiss by noon on December 19, 2022.

:

Initials of Preparer   JG