JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MAXIMILIANO GONZALEZ, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | No. CV 21-08638-GW-KSx <br><br> **ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br> Honorable George Wu <br> United States District Judge |

Upon consideration of the Stipulation for Dismissal with Prejudice (the "Stipulation"), and good cause appearing:

IT IS HEREBY ORDERED that:

1. The Stipulation is approved;

2. The above-captioned action is dismissed in its entirety with prejudice; and

3. Each party shall bear his, her, or its own attorney's fees, costs, and expenses.

DATED: December 15, 2022        _____
                                 HON. GEORGE H. WU,
                                 UNITED STATES DISTRICT JUDGE

1